**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1264**

In re:  MICHAEL EARL JORDAN,

          Petitioner.

On Petition for Writ of Mandamus.  (4:15-cr-00039-H-1)

Submitted:  May 21, 2019                    Decided:  May 31, 2019

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Michael Earl Jordan, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Earl Jordan petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*